IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TAD TAYLOR,                          §
BOP Register No. 26966-078,          §
                                     §
          Plaintiff,                 §
                                     §
V.                                   §          No. 3:21-cv-3175-E
                                     §
THE SACKLER FAMILY OF PURDUE         §
OWNERSHIP, ET AL.,                   §
                                     §
          Defendants.                §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff timely filed an objection. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED: February 11, 2022.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE